**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Mario Alberto RENTERIA,**
**Defendant—Appellant.**

No. 01–50663.

D.C. No. CR–01–00306–NAJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM**

Mario Renteria appeals his conviction, pursuant to a stipulated facts agreement and trial, and sentence for being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Renteria's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Renteria did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we grant counsel's motion to withdraw, and affirm the conviction and sentence.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument; therefore Flournoy's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.